IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAWN CURRY PAGE,
et al.,

    Plaintiff,

v.    Civil Action No. 3:13cv678

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

Having considered VIRGINIA REPRESENTATIVES' AMENDED UNOPPOSED MOTION TO INTERVENE (Docket No. 23), and there being no objection by the plaintiffs, and finding that, pursuant to Fed. R. Civ. P. 24, it is proper so to do, it is hereby ORDERED that VIRGINIA REPRESENTATIVES' AMENDED UNOPPOSED MOTION TO INTERVENE (Docket No. 23) is granted. It is further ORDERED that:

(1) the Virginia Representatives shall, upon entry of this Order, electronically file the ANSWER OF INTERVENOR-DEFENDANTS VIRGINIA REPRESENTATIVES (Docket No. 23-1) which was attached as an exhibit to their Motion to Intervene; and

(2) the VIRGINIA REPRSENENTATIVES' UNOPPOSED MOTION TO INTERVENE (Docket No. 16) is denied as moot.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 3, 2013