

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

DAWN CURRY PAGE, et al.,

     Plaintiffs,

v.                        Civil Action No. 3:13cv678

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

     Defendants.

### ORDER

For the reasons reflected in the record, and pursuant to the telephonic conference held with the parties on November 21, 2013, it is hereby ORDERED that:

(1) the Plaintiffs shall identify their expert witness(es) and serve their expert disclosures (except the expert reports) by November 25, 2013, and shall serve their expert report by December 6;

(2) the Defendants shall identify their expert witness(es) and serve their expert disclosures (except the expert reports) by December 15, 2013 and shall serve their expert reports by January 6, 2014; and

(3) the Plaintiffs shall serve their rebuttal expert reports by January 13, 2014.

It is further ORDERED the parties shall submit a proposed discovery plan to the Court by November 25, 2013, at 4 p.m., and notify the Court of any areas in which they have been unable to reach an agreement on written discovery.

For the reasons reflected in the record, the Court hereby ORDERS a briefing schedule on remedial measures sought by the Plaintiffs if they were to prevail in this action. The Plaintiffs shall file their initial brief by December 6, 2013. The Defendants' response shall be filed by December 13, 2013 and the Plaintiffs' reply shall be filed by 5:00 p.m. December 16, 2013.

It is so ORDERED.

_____/s/_____ $REV$_____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date:  December 3, 2013

2