**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| DAWN CURRY PAGE, et al., ) | |
| ) | Civil Action No. 3:13-cv-678 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CHARLIE JUDD, in his capacity as ) | |
| Chairman of the Virginia State Board of ) | |
| Elections, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF WAIVER OF HEARING**

Plaintiffs Dawn Curry Page, Gloria Personhuballah, and James Farkas hereby waive hearing on their Unopposed Motion to Supplement the Record on Summary Judgment, filed today at Docket No. 46.

Dated: January 23, 2014

                                                Respectfully submitted,

                                                By_____/s/_____
                                                  John K. Roche (VSB# 68594)
                                                  Perkins Coie, LLP
                                                  700 13th St. N.W., Suite 600
                                                  Washington, D.C. 20005-3960
                                                  Phone: (202) 434-1627
                                                  Fax: (202) 654-9106
                                                  Email: JRoche@perkinscoie.com

                                                *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mike Melis
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-2071
Fax: (804) 786-1991
mmelis@oag.state.va.us

*Attorneys for Defendants Charlie Judd, Kimberly Bowers, and Don Palmer in their official capacities*

Jonathan Andrew Berry
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
202-879-3939
Fax: 202-626-1700
jberry@jonesday.com

John Matthew Gore
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
jmgore@jonesday.com

Michael Anthony Carvin
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com

*Attorneys for Intervenor-Defendant Virginia Representatives*

Respectfully submitted,

By   /s/
John K. Roche (VA Bar No. 68594)
Perkins Coie, LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*