IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DAWN CURRY PAGE,
et al.,

    Plaintiff,

v.                                 Civil Action No. 3:13cv678

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

**ORDER**

Having considered the PLAINTIFFS' UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT (Docket No. 46), and there being no objection by the defendants and intervenor-defendants, it is hereby ORDERED that the PLAINTIFFS' UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON SUMMARY JUDGMENT (Docket No. 46) is granted.

    It is so ORDERED.

                                                   /s/      REP
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: January 24, 2014