IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

Dawn Curry Page, et al,

        Plaintiffs,

v.

Virginia State Board of Elections, et al,

        Defendants,

Civil Action No. 3:13-cv-678-REP-LO-AKD

## PLAINTIFFS' AND DEFENDANTS' JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's oral instruction at the January 28, 2014 status conference, counsel for Plaintiffs Dawn Curry Page, Gloria Personhuballah, and James Farkas; Defendants Charlie Judd, Kimberly Bowers, and Don Palmer; and Intervenor-Defendants Congressmen Eric Cantor, Robert Wittman, Bob Goodlatte, Frank R. Wolf, Randy Forbes, Morgan Griffith, Scott Rigell, and Robert Hurt have conferred and propose the following deadlines in preparation for the trial in this matter scheduled for May 20 through May 22, 2014:

- **Expert Disclosures**: Plaintiffs will serve a supplemental expert report related to their proposed Alternative Congressional Map by February 21, 2014. Defendants shall serve any supplemental expert rebuttal report relating to Plaintiffs' Alternative Congressional Map by March 14, 2014. Plaintiffs shall serve any supplemental expert reply report relating to their Alternative Congressional Map by March 24, 2014.

- **Discovery Deadline**: The parties, including the Intervenor-Defendants, consent to and incorporate the discovery limitations set forth in Paragraph 5 of the Joint Status Report and Discovery Plan filed on November 25, 2013, specifically that (1) all

written discovery shall be subject to an expedited, 10-day deadline for objections and a 15-day response deadline to include a privilege log for responses to document requests; (2) each party or intervenor may serve on any other party or intervenor no more than 15 interrogatories; (3) each party or intervenor may serve on any other party or intervenor no more than 15 requests for production or other document requests; (4) each party may take no more than 5 depositions; and (5) each deposition shall last no longer than one seven-hour day.  Any interrogatories or requests for production already served count against the serving party's limit.  In light of the recent scheduling developments in the case, including specifically the setting of trial for May 20, 2014, the parties revise the formerly established discovery deadline.  Discovery will now conclude by March 31, 2014.  Because of scheduling conflicts of the parties' experts, however, this discovery deadline does not apply to expert depositions.  The parties shall be permitted to take expert depositions before or after the discovery deadline on mutually agreeable dates.

- **Witness, Exhibit, and Deposition Designations**: The parties will exchange witness lists, short summaries of each witness' testimony, exhibit lists, copies of exhibits, and deposition designations by April 7, 2014.  Any objections to these materials will be served by April 11, 2014, at which point the parties will attempt to resolve any disputes.
- **Trial Briefs**: The parties will file trial briefs by April 16, 2014.
- **Motions in Limine**: The parties will file any motions in limine by April 25, 2014.

- 3 -

Dated: February 7, 2014

Respectfully submitted,

By /s/ (by JKR with permission)
   Mike Melis
   Office of the Attorney General
   900 East Main Street
   Richmond, Virginia 23219
   (804) 786-2071
   Fax: (804) 786-1991
   mmelis@oag.state.va.us

*Attorneys for Defendants Charlie Judd, Kimberly Bowers, and Don Palmer in their official capacities*

By /s/ (by JKR with permission)
   Jonathan Andrew Berry
   Jones Day
   51 Louisiana Ave NW
   Washington, DC 20001
   202-879-3939
   Fax: 202-626-1700
   jberry@jonesday.com

   John Matthew Gore
   Jones Day
   51 Louisiana Ave NW
   Washington, DC 20001
   (202) 879-3930
   Fax: (202) 626-1700
   jmgore@jonesday.com

   Michael Anthony Carvin
   Jones Day
   51 Louisiana Ave NW
   Washington, DC 20001
   (202) 879-3939
   macarvin@jonesday.com

*Attorneys for Intervenor-Defendant Virginia Representatives*

By /s/
   John K. Roche (VSB# 68594)
   Marc Erik Elias (admitted *pro hac vice*)
   John Devaney (admitted *pro hac vice*)
   Perkins Coie, LLP
   700 13th St. N.W., Suite 600
   Washington, D.C. 20005-3960
   Phone: (202) 434-1627
   Fax: (202) 654-9106
   Email: JRoche@perkinscoie.com
   Email: MElias@perkinscoie.com
   Email: JDevaney@perkinscoie.com

   Kevin J. Hamilton (admitted *pro hac vice*)
   Perkins Coie, LLP
   1201 Third Avenue, Ste. 4800
   Seattle, WA 98101-3099
   Phone: (206) 359-8000
   Fax: (206) 359-9000
   Email: KHamilton@perkinscoie.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of February, 2014, I caused the foregoing to be electronically filed with the Clerk of this Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mike Melis
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
(804) 786-2071
Fax: (804) 786-1991
mmelis@oag.state.va.us

*Attorneys for Defendants Charlie Judd, Kimberly Bowers, and Don Palmer in their official capacities*

Jonathan Andrew Berry
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
202-879-3939
Fax: 202-626-1700
jberry@jonesday.com

John Matthew Gore
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
(202) 879-3930
Fax: (202) 626-1700
jmgore@jonesday.com

Michael Anthony Carvin
Jones Day
51 Louisiana Ave NW
Washington, DC 20001
(202) 879-3939
macarvin@jonesday.com

*Attorneys for Intervenor-Defendant Virginia Representatives*

Respectfully submitted,

By   /s/
John K. Roche (VA Bar No. 68594)
Perkins Coie, LLP
700 13th St., N.W., Suite 600
Washington, D.C. 20005-3960
Phone: (202) 434-1627
Fax: (202) 654-9106
JRoche@perkinscoie.com

*Attorneys for Plaintiffs*