IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DAWN CURRY PAGE,
et al.,

    Plaintiffs,

v.                                 Civil Action No. 3:13cv678

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

## ORDER

The pretrial schedule in this action shall be as set forth in the PLAINTIFFS' AND DEFENDANTS' JOINT STATUS REPORT AND PROPOSED SCHEDULE (Docket No. 55) which henceforth shall have the effect of a consent order.

It is so ORDERED.

                                                  /s/    REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: February 12, 2014