IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



DAWN CURRY PAGE, et al.,

    Plaintiffs,

v.                            Civil Action No. 3:13cv678

VIRGINIA STATE BOARD
OF ELECTIONS, et al.,

    Defendants.

**ORDER**

Having received the PLAINTIFFS' AND DEFENDANTS' STIPULATED AMENDMENT TO THE CASE SCHEDULE, Docket No. 71, the Court will regard that filing as a Consent Motion. The Court hereby grants the Consent Motion and ORDERS the following change to the schedule laid out in Docket No. 55 and ordered by the Court in Docket No. 58:

- **Witness, Exhibit, and Deposition Designations**: The parties will exchange by April 11, 2014, witness lists and short summaries of each witness's testimony. The parties also will exchange by April 11, 2014, exhibit lists, copies of exhibits, and deposition designations for all discovery conducted before April 4, 2014. For any depositions taken after April 4, 2014, in accordance with either the Joint

Status Report and Proposed Schedule filed on February 7, 2014 (Docket No. 55), or this Court's March 31, 2014 Order (Docket No. 66), the parties will exchange deposition designations.

It is so ORDERED.

                                                     /s/      *REP*
                               Robert E. Payne
                               Senior United States District Judge
                               For the Court

Richmond, Virginia
Date: April 9, 2014