IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DAWN CURRY PAGE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VIRGINIA STATE BOARD OF )<br>ELECTIONS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: 3:13-cv-678 |

**INTERVENOR-DEFENDANTS' NOTICE OF APPEAL**

Notice is hereby given that Intervenor-Defendants the Virginia Representatives—Congressmen Eric Cantor, Robert J. Wittman, Bob Goodlatte, Frank Wolf, Randy J. Forbes, Morgan Griffith, Scott Rigell, and Robert Hurt—appeal to the Supreme Court of the United States from the Memorandum Opinion (DE 109) and Order (DE 110) entered in this case on October 7, 2014.

This appeal is taken under 28 U.S.C. § 1253.

2

Dated: October 30, 2014 Respectfully submitted,

/s/ Jonathan A. Berry
Michael A. Carvin (*pro hac vice*)
John M. Gore (*pro hac vice*)
Jonathan A. Berry (VSB #81864)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
Email: macarvin@jonesday.com
Email: jmgore@jonesday.com
Email: jberry@jonesday.com

*Counsel for Intervenor-Defendants Virginia Representatives*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2014, a copy of the INTERVENOR-DEFENDANTS' NOTICE OF APPEAL was filed electronically with the Clerk of Court using the ECF system, which will send notification to the following ECF participants:

John K. Roche, Esq.
Mark Erik Elias, Esq.
John Devaney, Esq.
PERKINS COIE, LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960
Tel. (202) 434-1627
Fax (202) 654-9106
JRoche@perkinscoie.com
MElias@perkinscoie.com
JDevaney@perkinscoie.com

Kevin J. Hamilton, Esq.
PERKINS COIE, LLP
1201 Third Avenue, Ste. 4800
Seattle, WA 98101-3099
Tel. (202) 359-8000
Fax (202) 359-9000
KHamilton@perkinscoie.com

*Counsel for Plaintiffs*

Mike F. Melis
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
Telephone: (804) 786-2071
Fax: (804) 371-2087
mmelis@oag.state.va.us

*Counsel for Defendants*

Dated: October 30, 2014

/s/ Jonathan A. Berry
Jonathan A. Berry

*Counsel for Intervenor-Defendants Virginia Representatives*