# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

November 4, 2014

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States District Court for the Eastern District
of Virginia
P.O. Box 21449
200 S. Washington St.
Alexandria, VA 22314



RECEIVED
DEC - 4 2014
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Re: Eric Cantor, et al.
    v. Gloria Personhuballah, et al.
    No. 14-518
    (Your No. 3:13cv678)

Dear Clerk:

    An appeal in the above-entitled case was filed in this Court October 31, 2014 and placed on the docket November 4, 2014, as No. 14-518.

Sincerely,

**Scott S. Harris**, Clerk

by *Melissa Blalock*
Melissa Blalock
Case Analyst