IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAWN PAGE, et al.,

    Plaintiffs,

v.                                                      Civil Action No. 3:13cv678

VIRGINIA STATE BOARD OF
ELECTIONS, et al.,

    Defendants.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. That the Commonwealth of Virginia is hereby enjoined from conducting any elections for the office of United States Representative until a new redistricting plan is adopted; and

2. That the matter of providing a redistricting plan to remedy the constitutional violations found in this case is referred to the Virginia General Assembly for exercise of its primary jurisdiction. The Virginia General Assembly should exercise this jurisdiction as expeditiously as possible, but no later than September 1, 2015, by adopting a new redistricting plan.

It is so ORDERED.

                                                            /s/
                                      Allyson K. Duncan
                                      United States Circuit Judge

Richmond, Virginia
Date: June 5, 2015