IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GLORIA PERSONHUBALLAH, et al.,

    Plaintiffs,

v.                        Civil Action No. 3:13cv678

JAMES B. ALCORN, et al.,

    Defendants.


**ORDER**

Having conferred with counsel by telephone and finding it in the interest of justice and efficiency so to do, it is ORDERED that:

(1)    A Special Master shall be appointed pursuant to Fed. R. Civ. P. 53 to assist and advise the Court on the redistricting remedy; and

(2)    By September 4, 2015, the parties shall submit the names and qualifications of candidates to serve as Special Master and their comments about the names of possible candidates for the position of Special Master. The parties shall list their candidates in order of preference; and

(3)    On September 18, 2015, the parties, and any non-parties desiring to do so, shall file their proposed remedial plans and maps with supporting data and briefs explaining their respective

proposals; and

(4)   On October 2, 2015, the parties, and any non-parties desiring to do so, shall submit their briefs in response to the remedial plans, maps, and briefs submitted on September 18, 2015; and

(5)   The Commonwealth of Virginia shall be responsible to pay the fees of the Special Master with the right to seek apportionment thereof at the end of the case.

It is SO ORDERED.

                                         /s/   REP
                        _____
                        For the Court
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: September 3, 2015