IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GLORIA PERSONHUBALLAH, et al.,

    Plaintiffs,

v.                             Civil Action No. 3:13cv678

JAMES B. ALCORN, et al.,

    Defendants.

**ORDER**

Having reviewed the Parties' AGREED SUBMISSION REGARDING PROPOSED CANDIDATES FOR SPECIAL MASTER (ECF No. 217), it is hereby ORDERED that the parties shall have until September 21, 2015 to file responses concerning the availability and fee requirements of the proposed Special Masters.

It is so ORDERED.

                                                    /s/ MHL
                                             For the Court
                                           M. Hannah Lauck
                                           United States District Judge

Richmond, Virginia
Date: September 17, 2015