IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GLORIA PERSONHUBALLAH, et al.,

    Plaintiffs,

v.                                  Civil Action No. 3:13cv678

JAMES B. ALCORN, et al.,

    Defendants.

**ORDER REGARDING SUBMISSION OF PROPOSED REMEDIAL PLANS**

The Court's September 3, 2015 Order directs that "the parties, and any non-parties desiring to do so, shall file their proposed remedial plans" and supporting data on September 18, 2015. (ECF No. 207). To facilitate the efficient and appropriate submission and consideration of any proposed remedial plans, it is hereby further ORDERED that:

1. All parties and non-parties desiring to submit proposed remedial plans shall not submit any supporting data through the Court's CM/ECF electronic filing system.

2. All parties and non-parties instead shall submit Shapefiles and Block Equivalency Files compatible with Maptitude For Redistricting software for each proposed remedial plan in accordance with the procedures outlined in paragraphs 3 and 4 of this Order.

3. All Shapefiles and Block Equivalency Files for each proposed remedial plan shall be filed with the Court in native format on CD-ROM disc through overnight delivery service on September 18, 2015, with delivery to the Court no later than September 21, 2015.

4. All Shapefiles and Block Equivalency Files for each proposed remedial plan must be served electronically and in native format on all counsel of record for all parties on September 18, 2015, and all non-parties who submit proposed remedial plans no later than September 21, 2015.

5. All parties and non-parties submitting proposed remedial plans shall file their briefs supporting their respective proposals, along with any accompanying exhibits, through the Court's CM/ECF system on September 18, 2015.

6. All parties and non-parties shall also provide the Court with color hard copies of their proposed maps.

It is SO ORDERED.

/s/ MHL
For the Court
M. Hannah Lauck
United States District Judge

Richmond, Virginia
Date: September 17, 2015