## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **GLORIA PERSONHUBALLAH, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **JAMES B. ALCORN, et al.,** ) | **Civil Action No.: 3:13-cv-678** |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |
| ) | |

## CONSENT MOTION TO STAY JUDGMENT PENDING APPEAL

Intervenor-Defendants hereby move for a stay of judgment pending appeal pursuant to FRCP 62(d) and EDVA Local Rule 65. Intervenor-Defendants seek a stay of the judgment entered in the Memorandum Opinion and Order issued on March 3, 2017 (Dkt. No. 327).

1.    Under FRCP 62(d), Intervenor-Defendants are entitled to a stay as a matter of right after the filing of a notice of appeal and upon the posting of a supersedeas bond. Intervenor-Defendants filed a notice of appeal on March 24, 2017 (Dkt. No. 328). Intervenor-Defendants have also filed a Motion to Approve Form and Amount of Supersedeas Bond (Dkt. No. 330), which is now pending before this Court.

2.    After this Court approves the form and amount of the supersedeas bond, the stay of judgment should take effect upon the deposit of the appropriate bond with the clerk's office. See FRCP 62(d).

3. Intervenor-Defendants have conferred with Plaintiffs' counsel, who have indicated that they consent to this motion.

Dated:   March 29, 2017                     Respectfully submitted,


                                            /s/ Mark R. Lentz
                                            Michael A. Carvin (*pro hac vice*)
                                            Mark R. Lentz (VSB #77755)
                                            JONES DAY
                                            51 Louisiana Avenue, N.W.
                                            Washington, DC 20001
                                            Tel: (202) 879-3939
                                            Fax: (202) 626-1700
                                            Email: macarvin@jonesday.com
                                            Email: mrlentz@jonesday.com

                                            *Counsel for Intervenor-Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 29, 2017, a copy of the foregoing was filed electronically with the Clerk of Court using the ECF system, which will send notification to the following ECF participants:

John K. Roche, Esq.
Mark Erik Elias, Esq.
John Devaney, Esq.
PERKINS COIE, LLP
700 13th Street, N.W., Suite 600
Washington, D.C. 20005-3960
Tel. (202) 434-1627
Fax (202) 654-9106
JRoche@perkinscoie.com
MElias@perkinscoie.com
JDevaney@perkinscoie.com

Kevin J. Hamilton, Esq.
PERKINS COIE, LLP
1201 Third Avenue, Ste. 4800
Seattle, WA 98101-3099
Tel. (202) 359-8000
Fax (202) 359-9000
KHamilton@perkinscoie.com

*Counsel for Plaintiffs*

Stuart A. Raphael
Trevor S. Cox
Office of the Attorney General
900 East Main Street
Richmond, VA 23219
Telephone: (804) 786-2071
Fax: (804) 371-2087
sraphael@oag.state.va.us
tcox@oag.state.va.us

*Counsel for Defendants*

/s/ Mark R. Lentz
Mark R. Lentz

*Counsel for Intervenor-Defendants*