IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| GLORIA PERSONHUBALLAH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JAMES B. ALCORN, et al., ) <br> ) <br> Defendants. ) | Civil Action No.: 3:13-cv-678 |

**[PROPOSED] ORDER APPROVING FORM AND AMOUNT OF
<u>SUPERSEDEAS BOND</u>**

Upon Consideration of the Consent Motion to Approve the Form and Amount of Supersedeas Bond and the Consent Motion to Stay Judgment Pending Appeal, both of which have been filed by Intervenor-Defendants pursuant to FRCP 62(d) and EDVA Local Rule 65, this Court hereby orders that the proposed form and amount of supersedeas bond are approved. Pursuant to Local Rule 65(c), the clerk's office is hereby directed to accept the deposit of cash security in the amount of $527,876.44, in the form of a cashier's check, certified check, or check written by the law firm of Jones Day.

Pursuant to FRCP 62(d), the stay of judgment shall take effect upon the deposit and acceptance of the security in the specified form and amount with the clerk's office.

_____
The Hon.
For The Court