```
 1                IN THE UNITED STATES DISTRICT COURT
 2               FOR THE EASTERN DISTRICT OF VIRGINIA
 3                        RICHMOND DIVISION
 4
 5      ----------------------------------------
                                                :
 6       GLORIA PERSONHUBALLAH, an               :   Civil Action No.
         individual, et al.                     :   3:13cv678
 7                                              :
         vs.                                    :
 8                                              :
         JAMES B. ALCORN, et al.                :   March 9, 2018
 9                                              :
        ----------------------------------------
10
11           COMPLETE TRANSCRIPT OF THE CONFERENCE CALL
12              BEFORE THE HONORABLE ROBERT E. PAYNE
13                   UNITED STATES DISTRICT JUDGE
14
        APPEARANCES:
15
        Kevin J. Hamilton, Esquire
16      Perkins Coie, LLP
        1201 Third Avenue
17      Suite 4800
        Seattle, Washington  98101
18      Counsel for the plaintiffs
19      Trevor S. Cox, Esquire
        Matthew McGuire, Esquire
20      Hunton Andrews Kurth, LLP
        Riverfront Plaza - East Tower
21      951 East Byrd Street
        Richmond, Virginia  23219
22      Counsel for the defendants
23
24                     Peppy Peterson, RPR
                       Official Court Reporter
25                  United States District Court
```

```
 1   APPEARANCES:  (cont'g)

 2   Mark R. Lentz, Esquire
     Jones Day
 3   51 Louisiana Avenue, N.W.
     Washington, D.C.  20001
 4   Counsel for the intervenor defendants

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | |
| 3 | THE COURT: Hello. This is 3:13CV68, Personhuballah |
| 4 | v. Alcorn. Beginning with counsel for the plaintiffs, who is |
| 5 | here for whom? |
| 6 | MR. HAMILTON: Good morning, Your Honor. Kevin |
| 7 | Hamilton from the law firm Perkins Coie on behalf of the |
| 8 | plaintiffs. |
| 9 | MR. COX: For the defendants, members of the State |
| 10 | Board of Elections in Virginia, you have Trevor Cox and Matthew |
| 11 | McGuire. |
| 12 | MR. LENTZ: For the intervenor defendants, you have |
| 13 | Mark Lentz with the law firm of Jones Day. |
| 14 | THE COURT: I have before me an order granting |
| 15 | intervenors' -- proposed order granting intervenor defendants' |
| 16 | motion for release of supersedeas bond, and it says it's |
| 17 | consented to. When does the mandate issue in this case? |
| 18 | Anybody figured it out? Give your name when you speak, please. |
| 19 | It hasn't issued yet, has it? |
| 20 | MR. HAMILTON: Your Honor, this is Kevin Hamilton for |
| 21 | the plaintiff. I don't believe the mandate has issued. I |
| 22 | haven't seen it. The opinion was published, as I'm sure Your |
| 23 | Honor knows, on February 26th. |
| 24 | THE COURT: Right. In your view, does this have to |
| 25 | be done before the mandate issues, or is it appropriate to do |

1   it before the mandate issues?  Have you all talked about that?
2   Whoever is representing the intervenor defendants, address that
3   first.
4           MR. LENTZ:  Your Honor, Mark Lentz, and we have not
5   talked about that amongst ourselves.  We are fine waiting until
6   the mandate issues, but also give that consent, but I'm not
7   sure there's a need to do that.
8           THE COURT:  I think the Court has jurisdiction to do
9   this but I -- I wondered if somebody looked at it.  The next
10  question I have is really are plaintiffs planning to appeal,
11  Mr. Hamilton, or is this over now?
12          MR. HAMILTON:  We're not planning to appeal, Your
13  Honor.
14          THE COURT:  Where do you all think now that we're all
15  going to go given that that's the situation?  Can you all agree
16  on a judgment order about what goes against the state, what
17  goes against whoever?
18          MR. HAMILTON:  Your Honor, this is, again, Mr.
19  Hamilton for the plaintiff.  The state has already paid the
20  fees that were awarded, that ran against the state.  So that is
21  already -- there's no need for the judgment.  It's already been
22  paid.
23          THE COURT:  Then there was a fight on appeal about
24  whether -- if you lost against the intervenors, you would have
25  to get it from the -- get that balance from the state.  Is that

1    an issue that's alive anymore, in your view, Mr. Hamilton?
2              MR. HAMILTON:  I don't believe so, Your Honor.  I
3    believe the Court of Appeals has addressed that issue and
4    resolved it.
5              THE COURT:  I think so, but I like to make sure what
6    the views of the parties are.  The judges wanted to know.  Then
7    we don't really need to do anything other than recite that the
8    payments made by the defendant pursuant to the order have been
9    made, and there will be no appeal, and, therefore, the case is
10   now dismissed or resolved in accord with the -- judgment will
11   be entered in accord with the Fourth Circuit's opinion in favor
12   of the intervenor defendants on this issue.  Is that all that
13   needs to be done?
14             MR. HAMILTON:  I think you are correct, Your Honor.
15   I think that's right.
16             THE COURT:  Anybody?
17             MR. COX:  Trevor Cox for the defendants.  Yes, that's
18   our understanding, too.
19             MR. LENTZ:  Mark Lentz for intervenor defendants.
20   That sounds right.  We have a logistical issue which I believe
21   we can address with the clerk's office in terms of how the bond
22   comes back to us, but it has nothing to do with the judgment in
23   the case.
24             THE COURT:  Well, that would -- the predicate for
25   your doing that is to grant the release of the bond.  So why

1  don't we wait for the mandate to issue and then proceed to
2  implement what you all have told me and grant the motion
3  releasing the bond, and then the case -- then we'll be
4  finished.
5           Is that satisfactory with all of you?  That's what
6  we'll do, and I'll advise the other judges that that's your
7  proposed course of action.  If you disagree, say now.
8  Otherwise, that's how we'll proceed.  Hearing nothing, the
9  motion is adopted.  All right, is there anything else that you
10 all need to take up?
11          MR. COX:  Nothing from defendants, Your Honor.
12 Trevor Cox speaking.
13          THE COURT:  I would like to tell you that on behalf
14 of all the judges at the district court, it was a pleasure to
15 work with all of you in this case, and thank you for your fine
16 legal work.  Thank you very much, and good hunting on your next
17 outings.
18          MR. HAMILTON:  Your Honor, on behalf of the
19 plaintiff, thank you for your time and attention to the case.
20 It was a pleasure to have appeared before you.
21          THE COURT:  You all take care, folks.  Bye-bye.
22
23                   (End of proceedings.)
24
25

```
 1
 2
 3            I certify that the foregoing is a correct transcript
 4    from the record of proceedings in the above-entitled matter.
 5
 6
 7    _____/s/_____              _____
      P. E. Peterson, RPR               Date
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```